■ MARJORIE TOXEN, on Behalf of ROBERT TOXEN and Another, Appellant, v COUNTY OF WESTCHESTER, Respondent.—Appeal by plaintiff from an order of the Supreme Court, Westchester County, dated September 28, 1976, which dismissed the complaint for failure to prosecute. Order affirmed, without costs or disbursements. We note that appellant's brief does not comply with the provisions of CPLR 5528, CPLR 5529 and section 670.17 of the rules of this court (22 NYCRR 670.17). Mollen, P. J., Hopkins, Titone, Shapiro and Hawkins, JJ., concur.